IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBIN BOUNDS**                                                              **PLAINTIFF**

**VS**                                           **CIVIL ACTION NO.:**
                                                 **1:19-cv-00119-GHD-DAS**

**PHARMACISTS MUTUAL INSURANCE**
**COMPANY**                                                     **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came on to be considered on the joint *ore tenus* motion of the parties by and through their attorneys of record, to dismiss the above styled and numbered cause with prejudice, and the Court having considered same finds that said *ore tenus* motion is well-taken and should be granted. It is therefore,

**ORDERED AND ADJUDGED**, that this action should be and is hereby dismissed with prejudice as to all claims and each party shall bear their own costs and fees.

SO ORDERED AND ADJUDGED, this the 9th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

_____
JOHN BOOTH FARESE, ESQ.
*Attorney for Robin Bounds*

/s/ *R. Douglas Vaughn*
R. DOUGLAS VAUGHN, ESQ.
*Attorney for Pharmacists Mutual*
*Insurance Company*